JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> RJAN, LLC, a California limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:21-cv-00303-JGB-SHKx <br><br> **ORDER DISMISSAL WITH PREJUDICE** |

1
ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and RJAN, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  July 8, 2022

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE